Form 150

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 16-24474-TPA

Chapter: 13
Docket No.: 44 – 43
Conciliation Conference Date: 6/8/17 at 09:00 AM

**Joseph M. Sedlak**
**aka heirs at law of Cynthia A. Pienkoski**
  Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __23rd__ day of __May__, __2017__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

U.S. Mail, first-class postage pre-paid

on the respondent(s) at (list names and addresses here):

See attached mailing matrix

Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell, TX 75019

Rebecca Solarz, Esq.
701 Market St., Suite 5000
Philadelphia, PA 19106

Executed on __5/23/2017__          __Rodney D. Shepherd__
    (Date)                                   (Signature)

Rodney Shepherd, 2403 Sidney St. Ste. 208, Pittsburgh, PA 15203
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing              Americredit Financial Services, Inc. dba GM   Borough of Munhall & Steel Valley School Dis
0315-2                                       PO Box 183853                                  Goehring, Rutter & Boehm
Case 16-24474-TPA                            Arlington, TX 76096-3853                       437 Grant Street, 14th Floor
WESTERN DISTRICT OF PENNSYLVANIA                                                            Frick Building
Pittsburgh                                                                                  Pittsburgh, PA 15219-6101
Tue May 23 07:19:52 EDT 2017

PRA Receivables Management, LLC              Peoples Natural Gas Company LLC                2
PO Box 41021                                 c/o S. James Wallace, P.C.                     U.S. Bankruptcy Court
Norfolk, VA 23541-1021                       845 N. Lincoln Ave.                            5414 U.S. Steel Tower
                                             Pittsburgh, PA 15233-1828                      600 Grant Street
                                                                                            Pittsburgh, PA 15219-2703

Allegheny County                             American InfoSource LP as agent for            Borough of Munhall & Steel Valley School Dis
Treasurer's Office                           Verizon                                        Goehring, Rutter & Boehm
Courthouse                                   PO Box 248838                                  c/o Jeffrey R. Hunt, Esquire
Room 108                                     Oklahoma City, OK  73124-8838                  437 Grant Street, 14th Floor
Pittsburgh, PA  15219                                                                       Frick Building
                                                                                            Pittsburgh, PA 15219-6101

Capital One Bank                             Deutsche Bank National Company, As Trustee,    Duquesne Light Company
P.O. Box 71083                               c/o Ocwen Loan Servicing, LLC                  c/o Peter J. Ashcroft,
Charlotte, NC  28272-1083                    Attn: Bankruptcy Department                    Bernstein-Burkley, P.C.,
                                             P.O. Box 24605                                 707 Grant St., Suite 2200, Gulf Tower,
                                             West Palm Beach, FL 33416-4605                 Pittsburgh, PA 15219-1945

Educational Credit Management Corporation    First Premier Bank                             Homestead Borough
Po Box 16408                                 P.O. Box 5529                                  221 E. 7th Avenue
Saint Paul MN 55116-0408                     Sioux Falls, SD  57117-5529                    Homestead, PA 15120-1511


MERRICK BANK                                 Merrick Bank                                   Munhall Borough
Resurgent Capital Services                   P.O. Box 660702                                1900 West Street
PO Box 10368                                 Dallas, TX  75266-0702                         Homestead, PA 15120-2595
Greenville, SC 29603-0368


Nationstar                                   ONEMAIN FINANCIAL                              Ocwen
P.O. Box 60516                               P.O. BOX 3251                                  P.O. Box 660264
City of Industry, CA 91716-0516              EVANSVILLE IN, 47731-3251                      Dallas, TX  75266-0264


Office of the United States Trustee          One Main Financial                             One Main Financial
Liberty Center.                              P.O. Box 742536                                P.O. Box 9001122
1001 Liberty Avenue, Suite 970               Cincinnati, OH  45274-2536                     Louisville, PA  40290-1122
Pittsburgh, PA 15222-3721


OneMain                                      PHEAA                                          PHEAA
605 Munn Rd                                  1200 North Seventh Street                      PO BOX 8147
Fort Mill, SC 29715-8421                     Harrisburg, PA  17102-1444                     HARRISBURG, PA 17105-8147


Peoples Natural Gas Company LLC              (p)PORTFOLIO RECOVERY ASSOCIATES LLC           Premier Bankcard, Llc
c/o S. James Wallace, P.C.                   PO BOX 41067                                   c o Jefferson Capital Systems LLC
845 North Lincoln Avenue                     NORFOLK VA 23541-1067                          Po Box 7999
Pittsburgh, PA 15233-1828                                                                   Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| Santander Consumer<br>P.O. Box 105255<br>Atlanta, GA  30348-5255 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Steel Valley School District<br>3113 Main Street<br>Munhall, PA 15120-2796 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Joseph M. Sedlak<br>354 Vine Street<br>Homestead, PA 15120-2217 |
| Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203-2152 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, et. | (u)Duquesne Light Company | (u)NATIONSTAR MORTGAGE LLC |
| (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | (u)Ocwen | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)Santander | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     7<br>Total                  44 | |