# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JOSEPH M. SEDLAK
- **Case Number:** 16-24474-TPA   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 08, 2017 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#43 Amended Plan dated 5/17/17  NFC
R / M #:  43 / 0

**Appearances:**

- Debtor: Shephard
- Trustee: Winnecour / Bedford / Pail / Katz (circled)
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 8/24/17 at 3:00 pm
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Handwritten notes: Debtor's counsel to check on wage attachment. Debtor's counsel to review unsecured pool (this number was wrong). Also to [seek?] to compel mortgage company to file a POC.

**FILED**

JUN 08 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

6/2/2017   11:27:21 AM