## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-24474 TPA |
| JOSEPH M. SEDLAK aka | ) |
| HEIRS AT LAW OF | ) Chapter 13 |
| CYNTHIA A. | ) |
| PIENKOSKI, | ) |
| Debtor. | ) |
| | ) |
| JOSEPH M. SEDLAK aka | ) Docket No. 49 |
| HEIRS AT LAW OF | ) Related to Docket No. 47/48 |
| CYNTHIA A. PIENKOSKI, | ) |
| Movant, | ) Hearing Date & Time: 7/19/2017 at 9:30 a.m. |
| | ) |
| vs. | ) |
| | ) |
| NATIONSTAR | ) |
| MORTGAGE, LLC., | ) |
| | ) |
| Respondent. | ) |

## PRAECIPE TO WITHDRAW

TO THE BANKRUPTCY CLERK:

Kindly withdraw the Motion to Compel Filing of Proof of Claim at Docket No. 47 and 48.


By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

**Certificate of Service**

       I, Rodney D. Shepherd, do hereby certify that a true and correct copy of the Praecipe to Withdraw was served on the 30th day of June, 2017, by electronic filing, upon the following:

Ronda J. Winnecour, Esquire         Nationstar Mortgage, LLC
Chapter 13 Trustee                   c/o James C. Warmbrodt, Esquire
cmecf@chapter13trusteewdpa.com    jwarmbrodt@kmllawgroup.com

                               /s/  Rodney D. Shepherd
                               By: Rodney D. Shepherd, Esquire
                                  Attorney for the Debtor
                                  PA I.D. No. 56914
                                  rodsheph@cs.com
                                  2403 Sidney Street
                                  Suite 208
                                  Pittsburgh, PA 15203
                                  (412) 471-9670