FILED
6/30/17 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-24474 TPA |
|    JOSEPH M. SEDLAK aka | ) |
|    HEIRS AT LAW OF | ) Chapter 13 |
|    CYNTHIA A. PIENKOSKI, | ) |
|       Debtor. | ) |
| | ) |
|    JOSEPH M. SEDLAK aka | ) Docket No. 49 |
|    HEIRS AT LAW OF | ) Related to Docket No. 47/48 /49 |
|    CYNTHIA A. PIENKOSKI, | ) |
|       Movant, | ) Hearing Date & Time: 7/19/2017 at 9:30 a.m. |
| | ) |
|    vs. | ) |
| | ) |
|    NATIONSTAR MORTGAGE, LLC., | ) |
|       Respondent. | ) |

**WITHDRAW**

TO THE BANKRUPTCY CLERK:

        Kindly withdraw the Motion to Compel Filing of Proof of Claim at Docket No. 47 and 48.

The hearing scheduled for July 19, 2017 is CANCELLED.

        By: /s/ Rodney D. Shepherd
            Rodney D. Shepherd, Esquire
            Attorney for the Debtor
            PA I.D. No. 56914
            rodsheph@cs.com

            2403 Sidney Street
            Suite 208
            Pittsburgh, PA 15203
            (412) 471-9670

SO ORDERED
June 30, 2017

*[signature]*
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24474-TPA
Joseph M. Sedlak                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy            Page 1 of 1          Date Rcvd: Jun 30, 2017
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2017.
db             #+Joseph M. Sedlak,    354 Vine Street,    Homestead, PA 15120-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Munhall & Steel Valley School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Rodney D. Shepherd    on behalf of Debtor Joseph M. Sedlak rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 9