# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOSEPH M. SEDLAK
**Case Number:** 16-24474-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 24, 2017 03:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#43 - Continued Confirmation of Plan Dated 5/17/17 NFC
R / M #:  43 / 0

### *Appearances:*

*No one appeared*

Debtor:
Trustee: Winnecour / (Bedford) Pail / Katz

Creditor:

**FILED**

**AUG 2 5 2017**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 9-13-17 at 12:00.
10. _____ Other:

8/16/2017   3:05:57PM