Case 16-24474-TPA    Doc 56    Filed 10/06/17    Entered 10/06/17 11:26:49    Desc Main
Document      Page 1 of 1

FILED
10/6/17 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  16-24474-TPA |
| Joseph M. Sedlak | : | Chapter:  13 |
| *Debtor(s).* | : | Date:  9/13/2017 |
| | : | Time:  12:00 |

## PROCEEDING MEMO

**MATTER:** #43 Contested Amended Plan dated 5/17/2017

**APPEARANCES:**
    Debtor:    Rodney D. Shepherd
    Trustee:    Owen Katz

**NOTES:**

Shepherd: I thought I made arrangements for someone to attend.  Plan is ready to go.

Katz: This is a 100% plan.  Plan increased to $2,654 beginning in October.  If student loan filed a claim it is included in payment.

**OUTCOME:** Chambers to review case

jlm