**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 16-24474 TPA |
| JOSEPH M. SEDLAK AKA | ) |
| HEIRS OF CYNTHIA A. | ) Chapter 13 |
| PIENKOSKI, | ) |
|     Debtor. | ) |
| | ) Docket No. 62 |
| JOSEPH M. SEDLAK AKA | ) Related to Docket No. |
| HEIRS OF CYNTHIA A. | ) |
| PIENKOSKI, | ) |
|     Movant, | ) Hearing Date & Time: |
| | ) |
|     vs. | ) Claim No. 16 |
| | ) |
| DEUTSCHE BANK NATIONAL | ) |
| TRUST COMPANY, AS | ) |
| TRUSTEE FOR MORGAN | ) |
| STANLEY AND RONDA J. | ) |
| WINNECOUR, ESQ., | ) |
|     Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

    And Now, comes the Debtor, Joseph M. Sedlak, by and through his attorney, who respectfully represents the following:

    1. On or about December 2, 2016, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

    2. This Notice is being filed to notify the Chapter 13 Trustee of the changed payment for the December distribution.

    3. SunTrust Mortgage has filed a Notice of Mortgage Payment Change. The monthly mortgage payment of $474.96 is being increased to $497.61 effective 1/1/2018.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment in amount that becomes effective on 1/1/2018.

|  |  |
|---|---|
| Date: 11/14/2017 | Respectfully submitted.<br>/s/ Rodney D. Shepherd<br>Rodney D. Shepherd, Esquire<br>Attorney for the Debtor<br>PA I.D. No. 56914<br>2403 Sidney Street<br>Suite 208<br>Pittsburgh, PA 15203<br>(412) 471-9670<br>rodsheph@cs.com |

## CERTIFICATE OF SERVICE

    I, Rodney D. Shepherd, attorney for the debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 14th day of November, 2017, by Electronic Filing and U.S. Mail, first class, postage pre-paid, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

Deutsche Bank National Trust  
Attn: Jerome Blank, Esquire  
1617 JFK Boulevard  
Suite 1400  
Philadelphia, PA 19103

By: /s/ Rodney D. Shepherd  
    Rodney D. Shepherd  
    Attorney for the Debtor  
    PA I.D. No. 56914  
    rodsheph@cs.com  
    2403 Sidney Street  
    Suite 208  
    Pittsburgh, PA 15203  
    412 471-9670