## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 16-24474 TPA |
| JOSEPH M. SEDLAK aka heirs of Cynthia A. Pienkoski, Debtor. | ) ) Chapter 13 ) |
| | ) Docket No. 66 |
| NATIONSTAR MORTGAGE, | ) Related to Docket No. ) |
| Movant, | ) Hearing Date & Time: ) |
| vs. | ) Claim No. 18 ) |
| JOSEPH M. SEDLAK aka heirs of Cynthia A. Pienkoski and RONDA J. WINNECOUR, ESQ., Respondents. | ) ) ) ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Joseph M. Sedlak, by and through his attorney, who respectfully represents the following:

1. On or about December 2, 2016, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the changed payment for the December 2017 distribution.

3. Nationstar Mortgage has filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$751.86** is being increased to **$756.47** effective **1/1/2018.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment in the amount that becomes effective on 1/1/2018.

Date: 11/29/2018

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

     I, Rodney D. Shepherd, attorney for the debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 29th day of November, 2017, by Electronic Filing and U.S. Mail, first class, upon the following:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Nationstar Mortgage
c/o James Warmbrodt, Esquire
bkgroup@kmllawgroup.com

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670