Case 16-24474-TPA    Doc 67    Filed 11/30/17    Entered 11/30/17 10:19:38    Desc Main
Document    Page 1 of 1

FILED
11/30/17 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-24474-TPA |
| Joseph M. Sedlak | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 11/29/2017 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:** #43 Amended Plan dated 10/9/17

**APPEARANCES:**
    Debtor: Rodney D. Shepherd
    Trustee: Jana Pail

**NOTES:**

Shepherd: Student loans are deferred, I used that term in the plan. No objections have been filed.

Pail: Liquidation alternative (approx. $55,000) prevents paying less. Debtor hasn't made a payment since August. $2,450 is payment needed.

**OUTCOME:** Plan confirmed with increased payment of $2,450, effective 12/15/17, unless counsel requests a hearing prior to that time.

jlm