# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 16-24474 TPA |
|     JOSEPH M. SEDLAK AKA | ) |
|     HEIRS AT LAW OF CYNTHIA | ) Chapter 13 |
|     A. PIENKOSKI, | ) |
|         Debtor. | ) |
| | ) Docket No. 70 |
|     JOSEPH M. SEDLAK AKA | ) Related to Docket No. |
|     HEIRS AT LAW OF CYNTHIA | ) |
|     A. PIENKOSKI, | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 16 |
| | ) |
| DEUTSCHE BANK NATIONAL | ) |
| TRUST AND RONDA J. | ) |
| WINNECOUR, CHAPTER 13 | ) |
| TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF NOTICE OF POSTPETITION
## MORTGAGE FEES, EXPENSES, AND CHARGES

And Now, comes the Debtor, Joseph M. Sedlak, by and through his attorney, who respectfully represents the following:

1. On or about December 2, 2016, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. Deutsche Bank filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on June 14, 2017 for bankruptcy/proof of claim fees in the amount of $825.00.

WHEREFORE, the Debtor requests that the Chapter 13 Trustee make the necessary adjustment to reflect the postpetition fees in future distributions.

|  |  |
|---|---|
| | Respectfully submitted. |
| Date: 1/3/2018 | /s/ Rodney D. Shepherd |
| | Rodney D. Shepherd, Esquire |
| | Attorney for the Debtor |
| | PA I.D. No. 56914 |
| | 2403 Sidney Street |
| | Suite 208 |

Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the debtor, hereby certifies that a true and correct copy of the Declaration of Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the 2nd day of January, 2018, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Deutsche Bank National Trust |
| Chapter 13 Trustee | Attn: Jerome B. Blank, Esquire |
| cmecf@chapter13trusteewdpa.com | pawb@fedphe.com |

By: /s/ Rodney D. Shepherd
    Rodney D. Shepherd
    Attorney for the Debtor
    PA I.D. No. 56914
    rodsheph@cs.com
    2403 Sidney Street
    Suite 208
    Pittsburgh, PA 15203
    412 471-9670