Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph M. Sedlak
aka heirs at law of Cynthia A. Pienkoski**
   Debtor(s)

Bankruptcy Case No.: 16–24474–TPA
Related to Docket No. 74
Chapter: 13
Docket No.: 75 – 74
Concil. Conf.: August 2, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 17, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 2, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 17, 2018

cm: All Creditors and Parties In Interest

*[signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24474-TPA
Joseph M. Sedlak                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar              Page 1 of 2          Date Rcvd: May 17, 2018
                              Form ID: 213            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
```
db            #+Joseph M. Sedlak,    354 Vine Street,    Homestead, PA 15120-2217
cr             +Borough of Munhall & Steel Valley School District,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
cr              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14337128        Allegheny County,    Treasurer's Office,    Courthouse,    Room 108,    Pittsburgh, PA 15219
14334661       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14376837       +Borough of Munhall & Steel Valley School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14337125        Capital One Bank,    P.O. Box 71083,    Charlotte, NC  28272-1083
14414747        Deutsche Bank National Company, As Trustee, et al.,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14733257       +Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116-0408
14391206        Educational Credit Management Corporation,    Po Box 16408,    Saint Paul MN 55116-0408
14337124        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD  57117-5529
14337129       +Homestead Borough,    221 E. 7th Avenue,    Homestead, PA 15120-1511
14330739       +Munhall Borough,    1900 West Street,    Homestead, PA 15120-2595
14337122       +Nationstar,    P.O. Box 60516,    City of Industry, CA 91716-0516
14652105       +Nationstar Mortgage, LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
14337121        Ocwen,    P.O. Box 660264,    Dallas, TX  75266-0264
14337116        PHEAA,    1200 North Seventh Street,    Harrisburg, PA  17102-1444
14347353       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
14365153       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14337114        Santander Consumer,    P.O. Box 105255,    Atlanta, GA  30348-5255
14341323       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14763084       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14337127       +Steel Valley School District,    3113 Main Street,    Munhall, PA 15120-2796
14391200        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:02:01
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14401652        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2018 02:00:16
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14415193       +E-mail/Text: kburkley@bernsteinlaw.com May 18 2018 01:56:28     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14354368        E-mail/Text: bkr@cardworks.com May 18 2018 01:55:06     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14337123        E-mail/Text: bkr@cardworks.com May 18 2018 01:55:06     Merrick Bank,    P.O. Box 660702,
                 Dallas, TX  75266-0702
14351534        E-mail/PDF: cbp@onemainfinancial.com May 18 2018 01:59:59     ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE IN, 47731-3251
14337118        E-mail/PDF: cbp@onemainfinancial.com May 18 2018 02:00:56     One Main Financial,
                 P.O. Box 742536,    Cincinnati, OH  45274-2536
14337120        E-mail/PDF: cbp@onemainfinancial.com May 18 2018 02:00:56     One Main Financial,
                 P.O. Box 9001122,    Louisville, PA  40290-1122
14342631       +E-mail/PDF: cbp@onemainfinancial.com May 18 2018 01:59:59     OneMain,    605 Munn Rd,
                 Fort Mill, SC 29715-8421
14695166        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:01:04
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23451
14414371        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:07:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14371064       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:01:03
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14395778       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2018 01:56:06     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14409451       +E-mail/PDF: gecsedi@recoverycorp.com May 18 2018 02:01:00     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 14
```

```
Case 16-24474-TPA   Doc 76   Filed 05/19/18   Entered 05/20/18 00:44:48   Desc Imaged
                              Certificate of Notice   Page 4 of 4


District/off: 0315-2          User: jmar              Page 2 of 2            Date Rcvd: May 17, 2018
                              Form ID: 213            Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, et. al.
cr             Duquesne Light Company
cr             NATIONSTAR MORTGAGE LLC
14330740       Ocwen
14330741       Santander
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14351536*      ONEMAIN FINANCIAL,   P.O. BOX 3251,   EVANSVILLE IN, 47731-3251
                                                                                 TOTALS: 5, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Munhall & Steel Valley School District
               jhunt@grblaw.com, cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rodney D. Shepherd    on behalf of Debtor Joseph M. Sedlak rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
                                                                                            TOTAL: 10
```