IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Joseph M. Sedlak ) | Case No.: 16-24474TPA |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | Related Doc.: 77, 78 |
| Movant, ) | Related Claim 16 |
| ) | |
| Vs. ) | |
| Deutsche Bank National Trust ) | Hearing Date: 8-16-2018 |
| Company, as Trustee for Morgan ) | at 9:30 a.m. |
| Stanley ABS Capital I Inc. Trust 2007- ) | |
| HE3 Mortgage Pass-Through ) | |
| Certificates, Series 2007-HE3 ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Scheduling Order and Objection on the parties at the addresses specified below on **June 19, 2018**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Joseph M. Sedlak
109 Vine Street
Homestead, PA  15120-2212

Rodney D. Shepherd, Esquire
2403 Sidney Street, Suite 208
River Park Commons
Pittsburgh, PA  15203

Ocwen Loan Servicing, LLC
Attn:  Bankruptcy Department
P. O. Box 24605
West Palm Beach, FL  33416-4605

Phelan Hallinan Diamond & Jones
c/o Bankruptcy Department
One Penn Center
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19103

Ocwen Bankruptcy Department
1661 Worthington Road #100
West Palm Beach, FL  33409

Ronald Faris, President
Ocwen Financial Corporation
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

       **BY:** **/s/ Amy T. Sabedra**
          Office of the Chapter 13 Trustee
          Suite 3250, U.S. Steel Tower
          600 Grant Street
          Pittsburgh, PA  15219
          412-471-5566
          cmecf@chapter13trusteewdpa.com