## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JOSEPH M. SEDLAK | BK. No. 16-24474-TPA |
| A/K/A HEIRS AT LAW OF CYNTHIA A. PIENKOSKI | |
| | Chapter No. 13 |
| **Debtor** | |
| | Document No. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3 | Hearing Date: 7/25/2018 |
| | Hearing Time: 9:30 AM |
| **Movant** | Objection Date: 7/16/2018 |
| v. | |
| JOSEPH M. SEDLAK A/K/A HEIRS AT LAW OF CYNTHIA A. PIENKOSKI | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| **Respondents** | |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on <u>6/29/2018</u>.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail.</u>

Service by Electronic Notification:

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

RODNEY D. SHEPHERD, ESQUIRE
RIVER PARK COMMONS
2403 SIDNEY STREET, SUITE 208
PITTSBURGH, PA 15203
rodsheph@cs.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail:

JOSEPH M. SEDLAK
354 VINE STREET
HOMESTEAD, PA 15120

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

6/29/2018