IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOSEPH M. SEDLAK | : BK. No. 16-24474 TPA |
| A/K/A HEIRS AT LAW OF CYNTHIA A. | : |
| PIENKOSKI | : Chapter No. 13 |
|     Debtors | : |
| | : Related to Document No. 80 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | : |
| AS TRUSTEE FOR MORGAN STANLEY ABS | : |
| CAPITAL I INC. TRUST 2007-HE3 MORTGAGE | : |
| PASS-THROUGH CERTIFICATES, SERIES 2007-HE3 | : |
|     Movant | : |
|     v. | : |
| JOSEPH M. SEDLAK | : |
| A/K/A HEIRS AT LAW OF CYNTHIA A. | : |
| PIENKOSKI | : |
|     and | : |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : |
|     Respondents | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 80**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on June 29, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than July 16, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 17, 2018

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOSEPH M. SEDLAK : | BK. No. 16-24474 TPA |
| A/K/A HEIRS AT LAW OF CYNTHIA A. : | |
| PIENKOSKI : | Chapter No. 13 |
| Debtors : | |
| : | Related to Document No. 80 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, : | |
| AS TRUSTEE FOR MORGAN STANLEY ABS : | |
| CAPITAL I INC. TRUST 2007-HE3 MORTGAGE : | |
| PASS-THROUGH CERTIFICATES, SERIES 2007-HE3 : | |
| Movant : | |
| v. : | |
| JOSEPH M. SEDLAK : | |
| A/K/A HEIRS AT LAW OF CYNTHIA A. : | |
| PIENKOSKI : | |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) : | |
| Respondents | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 7/17/2018.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

RODNEY D. SHEPHERD, ESQUIRE
RIVER PARK COMMONS
2403 SIDNEY STREET, SUITE 208
PITTSBURGH, PA 15203
rodsheph@cs.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail
JOSEPH M. SEDLAK
354 VINE STREET
HOMESTEAD, PA 15120

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail