# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**JOSEPH M. SEDLAK**<br>**A/K/A HEIRS AT LAW OF CYNTHIA A.**<br>**PIENKOSKI**<br>              **Debtors** | **BK. No. 16-24474 TPA**<br><br>**Chapter No. 13** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3**<br>              **Movant**<br>              v.<br>**JOSEPH M. SEDLAK**<br>**A/K/A HEIRS AT LAW OF CYNTHIA A.**<br>**PIENKOSKI**<br>              **Respondents** | |

## WITHDRAW OF THE NOTICE OF POSTPETITION MORTGAGE FEES, EXEPENSES, AND CHARGES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Notice of PostPetition Mortgage Fees, Exepenses, and Charges, filed on June 14, 2017, Claim 16.

                                                      Respectfully submitted,

                                                      <u>/s/ Thomas Song, Esquire</u>
                                                      Thomas Song, Esq., Id. No.89834
                                                      Phelan Hallinan Diamond & Jones, LLP
                                                      Omni William Penn Office Tower
                                                      555 Grant Street, Suite 300
                                                      Pittsburgh, PA 15219
                                                      Phone Number: 215-563-7000 Ext 31387
                                                      Fax Number: 215-568-7616
                                                      Email: Thomas.Song@phelanhallinan.com

July 18, 2018

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH M. SEDLAK<br>A/K/A HEIRS AT LAW OF CYNTHIA A. PIENKOSKI<br><br>Debtors<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3<br><br>Movant<br>v.<br>JOSEPH M. SEDLAK<br>A/K/A HEIRS AT LAW OF CYNTHIA A. PIENKOSKI<br><br>Respondents | BK. No. 16-24474 TPA<br><br>Chapter No. 13 |

## CERTIFICATE OF SERVICE OF THE WITHDRAW OF THE NOTICE OF POSTPETITION MORTGAGE FEES, EXEPENSES, AND CHARGES

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Withdraw of the Notice of PostPetition Mortgage Fees, Exepenses, and Charges on the parties at the addresses shown below or on the attached list on July 18, 2018.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

RODNEY D. SHEPHERD, ESQUIRE
RIVER PARK COMMONS
2403 SIDNEY STREET, SUITE 208
PITTSBURGH, PA 15203

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail
WILFRED PIENKOSKI
354 VINE STREET
MUNHALL, PA 15120

JOSEPH M. SEDLAK
354 VINE STREET
HOMESTEAD, PA 15120

CYNTHIA PIENKOSKI
354 VINE STREET
MUNHALL, PA 15120

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

July 18, 2018