Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joseph M. Sedlak** | : | Case No. 16–24474–TPA |
| **aka heirs at law of Cynthia A. Pienkoski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per #74 and 75 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 17th of July, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 16-24474-TPA
Joseph M. Sedlak                                                        Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: lmar                   Page 1 of 2                  Date Rcvd: Jul 17, 2018
                               Form ID: 309                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             #+Joseph M. Sedlak,    354 Vine Street,    Homestead, PA 15120-2217
cr              +Borough of Munhall & Steel Valley School District,    Goehring, Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
cr              +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr              +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14337128        Allegheny County,    Treasurer’s Office,    Courthouse,    Room 108,    Pittsburgh, PA 15219
14334661       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14376837       +Borough of Munhall & Steel Valley School District,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14414747        Deutsche Bank National Company, As Trustee, et al.,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14337129       +Homestead Borough,    221 E. 7th Avenue,    Homestead, PA 15120-1511
14330739       +Munhall Borough,    1900 West Street,    Homestead, PA 15120-2595
14337122       +Nationstar,    P.O. Box 60516,    City of Industry, CA 91716-0516
14652105       +Nationstar Mortgage, LLC,    P.O. Box 619094,    Dallas, TX 75261-9094
14337121        Ocwen,    P.O. Box 660264,    Dallas, TX  75266-0264
14337116        PHEAA,    1200 North Seventh Street,    Harrisburg, PA  17102-1444
14347353       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
14365153       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14763084       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14337127       +Steel Valley School District,    3113 Main Street,    Munhall, PA 15120-2796
14391200        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: ECMC.COM Jul 18 2018 05:53:00      ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr             +EDI: PRA.COM Jul 18 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
14401652        EDI: AIS.COM Jul 18 2018 06:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14337125        EDI: CAPITALONE.COM Jul 18 2018 05:58:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC  28272-1083
14415193       +E-mail/Text: kburkley@bernsteinlaw.com Jul 18 2018 02:25:20       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14733257       +EDI: ECMC.COM Jul 18 2018 05:53:00      Educational Credit Management Corp.,    PO BOX 16408,
                 St. Paul, MN 55116-0408
14391206        EDI: ECMC.COM Jul 18 2018 05:53:00      Educational Credit Management Corporation,
                 Po Box 16408,    Saint Paul MN 55116-0408
14337124        EDI: AMINFOFP.COM Jul 18 2018 05:53:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD  57117-5529
14354368        EDI: MERRICKBANK.COM Jul 18 2018 05:53:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14337123        EDI: MERRICKBANK.COM Jul 18 2018 05:53:00      Merrick Bank,    P.O. Box 660702,
                 Dallas, TX  75266-0702
14351534        EDI: AGFINANCE.COM Jul 18 2018 05:53:00      ONEMAIN FINANCIAL,    P.O. BOX 3251,
                 EVANSVILLE IN, 47731-3251
14337118        EDI: AGFINANCE.COM Jul 18 2018 05:53:00      One Main Financial,    P.O. Box 742536,
                 Cincinnati, OH  45274-2536
14337120        EDI: AGFINANCE.COM Jul 18 2018 05:53:00      One Main Financial,    P.O. Box 9001122,
                 Louisville, PA  40290-1122
14342631       +EDI: AGFINANCE.COM Jul 18 2018 05:53:00      OneMain,    605 Munn Rd,    Fort Mill, SC 29715-8421
14695166        EDI: PRA.COM Jul 18 2018 05:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23451
14414371        EDI: PRA.COM Jul 18 2018 05:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14371064       +EDI: PRA.COM Jul 18 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14395778        EDI: JEFFERSONCAP.COM Jul 18 2018 05:53:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14337114        EDI: DRIV.COM Jul 18 2018 05:53:00      Santander Consumer,    P.O. Box 105255,
                 Atlanta, GA  30348-5255
14341323       +EDI: DRIV.COM Jul 18 2018 05:53:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
14409451       +EDI: RMSC.COM Jul 18 2018 05:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 21
```

```
District/off: 0315-2           User: lmar                 Page 2 of 2          Date Rcvd: Jul 17, 2018
                               Form ID: 309               Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, et. al.
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
14330740        Ocwen
14330741        Santander
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14351536*       ONEMAIN FINANCIAL,    P.O. BOX 3251,    EVANSVILLE IN, 47731-3251
                                                                                      TOTALS: 5, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Munhall & Steel Valley School District
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeremy J. Kobeski    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rodney D. Shepherd    on behalf of Debtor Joseph M. Sedlak rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pawb@fedphe.com
                                                                                              TOTAL: 10
```