## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>    JOSEPH M. SEDLAK<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>            Movant<br>        vs.<br>No Respondents. | Case No.:16-24474 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/02/2016  and confirmed on 02/03/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,641.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,641.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,820.52 | |
|     Trustee Fee | 725.56 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,546.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| SPECIALIZED LOAN SERVICING LLC<br>    Acct: 9741 | 0.00 | 7,045.66 | 0.00 | 7,045.66 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 0930 | 0.00 | 4,134.88 | 0.00 | 4,134.88 |
| SPECIALIZED LOAN SERVICING LLC<br>    Acct: 9741 | 2,672.56 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 0930 | 2,378.11 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMESTEAD BOROUGH**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNHALL BOROUGH REAL ESTATE TX<br>    Acct: A016 | 3,459.51 | 0.00 | 0.00 | 0.00 |
| STEEL VALLEY SCHOOL DISTRICT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNHALL BOROUGH (TRASH/SOLID WAST<br>    Acct: 0181 | 650.86 | 0.00 | 0.00 | 0.00 |

| 16-24474 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MUNHALL BOROUGH (TRASH/SOLID WAST<br>Acct: 0181 | 4,936.34 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA**<br>Acct: 6913 | 16,468.38 | 1,935.06 | 979.32 | 2,914.38 |
| | | | | 14,094.92 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| RODNEY D SHEPHERD ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSEPH M. SEDLAK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF RODNEY SHEPHERD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RODNEY D SHEPHERD ESQ<br>Acct: | 3,000.00 | 1,820.52 | 0.00 | 0.00 |
| STEEL VALLEY SD & MUNHALL BORO (EIT<br>Acct: 0813 | 152.90 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 0930 | 825.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>Acct: 0813 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 813 | 448.48 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 4091 | 224.83 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA G<br>Acct: 7925 | 4,900.12 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2145 | 938.88 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC<br>Acct: 0395 | 326.06 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 8932 | 1,372.41 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 4008 | 6,561.61 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W<br>Acct: 6676 | 1,441.83 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 0813 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 4345 | 622.04 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 0813 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 0001 | 159.91 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEREMY J KOBESKI ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM F<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL PAID TO CREDITORS                                                          14,094.92

TOTAL CLAIMED
PRIORITY                  977.90
SECURED                30,565.76
UNSECURED              16.996.17

Date: 08/02/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com